M HW

**RECEIVED**
SEP 0 2 2008 LCW
SEP 02 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Benny L. Willis
_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

University Park
Police Station,
Will County Sheriff
Department/States
Attorney Office
_____

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

08CV4983
JUDGE LEINENWEBER
MAG. JUDGE ASHMAN

Case No:_____
(To be supplied by the Clerk of this Court)

CHECK ONE ONLY:

√     COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
U.S. Code (state, county, or municipal defendants)

_____ COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331 U.S. Code (federal defendants)

_____ OTHER (cite statute, if known)

**BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.**

I. **Plaintiff(s):**

    A. Name: Benny Willis L.

    B. List all aliases: _____

    C. Prisoner identification number: County No. 2008 0008411·I Doc.No-N73528

    D. Place of present confinement: Will County Detention Center

    E. Address: 95 S. Chicago St. Joliet IL 60436

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

    A. Defendant: Inspector Box, Detective Jones

        Title: Police Officers

        Place of Employment: University Park Police Station

    B. Defendant: Paul J. Kaupas

        Title: Sheriff

        Place of Employment: Will County Adult Detention Center

    C. Defendant: Mr. Guzman

        Title: Assistant States Attorney

        Place of Employment: Will County States Attorney Office

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: Benny C. Willis v. Dr. Sood, 08-CV-02600

B. Approximate date of filing lawsuit: April 29, 2008

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: Benny C. Willis L.

D. List all defendants: Dr. Sood

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): Northern District of Illinois

F. Name of judge to whom case was assigned: Judge Lefkow

G. Basic claim made: Medical Negligence

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): Pending Still

I. Approximate date of disposition: Ongoing

IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.

**IV.    Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On or about the 15th or 16th day of Aug. 2007, I "Benny Willis", spoke with my niece "Marquitta Willis", who forwarned me of the fact that a "Inspector Box", of the University Park Police Department, had her building manager call her downstairs to the office where she was interrogated about the people who were on the building's surveillance tape bringing her grocery into the building she lives in. Inspector Box, specifically wanted to know who was the tall light complexion man on the tape with her. Inspector Box was so fixed on knowing who I am, he threaten to have my niece's children taken from her, also, he threaten to have her kicked out of her apartment if she did not tell him who I am. Not wanting to experience neither of the two my niece told Inspector Box that I am her uncle and where I live. After, learning my identity, Inspector Box told my niece he was going to do everything in his

power to make sure I go to prison until he retires. Obviously, hearing this baffled me. So, I was expecting to be confronted by officers that day. Which didn't happen until "Aug. 23, 2007". While riding as one of several passengers in my mother's car. As she drove north bound on Western Ave. we were being followed by the police. When she stopped for a red light, two officers jumped out of their individual cars, one in front, the other in back of us. I was snatched out of the back seat, thrown to the ground. Then, I was hand cuffed and rushed to the "University Park Police Station". At the station I asked officers why had I been arrested? Inspector Box, proceeded to explain to me that the day before "Aug. 22, 07", they spoke with "Pierre Felder", who allegedly implicated me as being his accomplice in a robbery that occured on the 13th or 14th of Aug. 07. Making officers aware of the fact that I knew nothing about a robbery, they took me to a room and showed me a audio tape of "Pierre Felder" smoking cigarettes (in a smoke free environmen) as her mummered something that neither one of us could hear. For, "Mr. Felder, was

5

Revised 9/2007

V.  **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Plaintiff will highly appreciate it if this honorable court would, after reviewing police reports entirely, also, court minutes entirely. Grant him immediate release with compensation for the punitive damages he has suffered for the past year. In the amount of twenty five million dollars.

VI.  The plaintiff demands that the case be tried by a jury.  ☑ YES   ☐ NO

### CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this  Aug.  day of  26 , 20 08

_Benny Willis L._
(Signature of plaintiff or plaintiffs)

_Benny Willis L._
(Print name)

_2007-000781_
(I.D. Number)

Will County Adult Detention Center
95 Chicago St.
Joliet Il. 60436
(Address)

extremely intoxicated. Realizing this "Inspector Box", showed me a hand written statement supposedly written by "Pierre Felder". As I read the statement I didn't see my name "Benny Willis" wrote anywhere within the statement. I was interrogated for approximately twelve hour, I wasn't shown a arrest warrant, I wasn't placed in a line up, there wasn't a search warrant of any sort, no one read me my rights. That night around 8:30 or 9:00 p.m. I was transported to the "Crete" police station where I was held over night until Aug. 24, 2007, the day in which I was transported to the "Will County Adult Detention Center", held in the care of Sheriff Department. The states attorney office here at Will County has made it their business in every imaginable way to prevent me from showing the court that there is no probable cause for my arrest. The states attorney office is also with holding exculpatory evidence from the court. For, they are aware of the fact that there are three "affidavits of merit", that could establish my innocence, but, they ignore the exitence thereof. Intentionally denying me rights guaranteed to me by the laws of this country. Please see court records in there entirety.