**PRISONER CASE** 

## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS
## Civil Cover Sheet

**FILED**
SEP - 2 2008
9-2-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**Plaintiff(s):** BENNY L. WILLIS

**Defendant(s):** UNIVERSITY PARK POLICE STATION, et al

**County of Residence:** WILL

**County of Residence:**

**Plaintiff's Address:**
Benny Willis
CIMIS# 7811
Will County - WCF
95 South Chicago Street
Joliet, IL 60436

**Defendant's Attorney:**

**08CV4983**
**JUDGE LEINENWEBER**
**MAG. JUDGE ASHMAN**

**Basis of Jurisdiction:**
☐ 1. U.S. Government Plaintiff
☑ 3. Federal Question (U.S. gov't. not a party)
☐ 2. U.S. Government Defendant
☐ 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**
Plaintiff:
Defendant:

**Origin:**
☑ 1. Original Proceeding
☐ 2. Removed From State Court
☐ 3. Remanded From Appellate Court
☐ 4. Reinstated or Reopened
☐ 5. Transferred From Other District
☐ 6. MultiDistrict Litigation
☐ 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 550 Prisoner Civil Rights

**Cause of Action:** 42:1983pr

**Jury Demand:** ☑ Yes  ☐ No

**Signature:** /s/  **Date:** 9/2/08